UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:    STACK, ALLAN B. | § § § | Case No. 10-06954 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/09/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/05/2011      By:     /s/Glenn R. Heyman
                                                                                                             Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: STACK, ALLAN B. § Case No. 10-06954
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,558.85 |
| *and approved disbursements of* | $ 5,173.67 |
| *leaving a balance on hand of* [1] | $ 3,385.18 |

**Balance on hand:** $ 3,385.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,385.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,605.88 | 0.00 | 1,262.27 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,619.00 | 0.00 | 2,058.61 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 81.80 | 0.00 | 64.30 |

Total to be paid for chapter 7 administration expenses: $ 3,385.18
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,838.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,776.28 | 0.00 | 0.00 |
| 2 | PRA Receivables Mgmnt, LLC agent of Portfolio Recovery Assoc | 1,420.91 | 0.00 | 0.00 |
| 3 | PRA Receivables Mgmnt, agent of Portfolio Recovery Assocs. | 177.48 | 0.00 | 0.00 |
| 4 | SALLIE MAE C/O SALLIE MAE, Inc. | 17,362.93 | 0.00 | 0.00 |
| 5 | Chase Bank USA,N.A | 244.66 | 0.00 | 0.00 |
| 6 | Palisades Collections, LLC | 1,855.83 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                   Case No. 10-06954-PSH
Allan B Stack                                            Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 3                   Date Rcvd: Jul 08, 2011
                              Form ID: pdf006            Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
db           +Allan B Stack,    7140 W. 99th St.,    Apt. 2W,    Chicago Ridge, IL 60415-1164
aty          +Glenn R Heyman,    Crane Heyman Simon Welch & Clar,    135 South Lasalle Ste 3705,
               Chicago, IL 60603-4101
aty          +James J Siwek,    Law Office of James J Siwek PC,    11952 S Harlem Ave Suite 200D,
               Palos Heights, IL 60463-1490
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
15137947     +ADT Security Systems,    P.O. Box 1197,    Westerville, OH 43086-1197
15137950     +AT& T C/O Collection Company Of America,    P.O. Box 806,    Norwell, MA 02061-0806
15137948     +Allstate,    P.O. Box 660642,    Dallas, TX 75266-0642
15137949     +Arrow Financial Services C/O,    Portfolio Recovery & Affiliates,     120 Corporate Blvd., Suite 100,
               Norfolk, VA 23502-4962
15137951     +At&T Wireless C/O,    Palisades Collection,    210 Sylvan Ave.,    Englewood, NJ 07632-2524
15137953     +At&T Wireless C/O,    Blatt, Hasenmiller, Leibsker & Moore LLC,    125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
15137952      At&T Wireless C/O,    Wolpoff & Abramson, LLP,    Two Irvington Centre, 702 King Farm Blvd,
               Rockville, MD  20850-5775
15137954    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Attn: C/O TSYS Debt Managment,     P.O. Box 5155,
               Norcross, GA  30091)
15137955     +Capital One C/O,    Blatt, Hasenmiller, Lei Bsker & Moore,    P.O. Box 5463,
               Chicago, IL 60680-5463
16635634     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15137956     +Com Ed C/O,    Contract Callers,    1058 Claussen Road, Suite 110,    Augusta, GA 30907-0301
15137958      Derrick Jones,    3460 Markham Drive,    Markham, IL  60426
15137960     +H&R Block Fee Center,    P.O. Box 2716,    Attn: Sonya,    Omaha, NE 68103-2716
15137961     +Household/Orchard Bank C/O,    Portfolio Recovery Associates,    120 Corporate Blvd. Suite 1,
               Norfolk, VA 23502-4962
15137962     +Illinois Department Of Healthcare,    Attn: Bankruptcy Department,    509 S. 6th St.,
               Springfield, IL 62701-1825
15137963      Illinois State Toll Highway Authority,    Violations Processing Center,
               135 S. LaSalle, Dept. 8021,    Chicago, IL  60674-8021
15137964     +Jean Georgopoulos c/o,    Maria A. Georgopoulos,    1100 Jorie Blvd., S#270,
               Oak Brook, IL 60523-4429
15137965     +Jeffrey C. Reed,    6618 S. Whipple St.,    Chicago, IL 60629-2916
15137966     +Jewel C/O,    Harvard Collection,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
15137967     +John and Frank Pigatto,    106 W. Calendar Ct., #92,    LaGrange, IL 60525-2325
15137969     +Kohls C/O NCO Financial Systems, Inc.,     507 Prudential Road,    Horsham, PA 19044-2308
15137970      Larry Or Harry G. Williams,    3460 Markham Dr.,    Markham, IL  60426
15137945     +Law Office of James J Siwek,    11952 S Harlem Ave Suite 200D,    Palos Heights, IL 60463-1490
15137971     +Matco Tools C/O,    Amerircollect Inc.,    1851 S. Alverno Road,    Manitowoc, WI 54220-9208
15137972     +Mystic Stamp Company,    9700 Mill St.,    Camden, NY 13316-9111
16569174     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Household/Orchard Bank,    POB 41067,    Norfolk VA 23541-1067
16569247     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Jc Penney,
               POB 41067,    Norfolk VA 23541-1067
15137973     +Palisades Collect C/O,    Blatt Hasenmiller FL,    125 S. Wacker Dr., S#400,
               Chicago, IL 60606-4440
15137974     +Public Storage C/O,    Allied Interstate,    3000 Corporate Exhange Dr.,    Columbus, OH 43231-7684
15137975     +Receivable Management,    3348 Ridge Road,    Lansing, IL 60438-3112
16633045     +SALLIE MAE C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1430
15137977     +SBC C/O Allied Interstate,    3000 Corporate Exc.,    Columbus, OH 43231-7684
15137978     +SBC C/O NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
15137944     +STACK ALLAN B,    7140 W 99th St,    Apt 2W,    Chicago Ridge, IL 60415-1164
15137979     +Shaminka Moody Reed,    6735 S. Bell,    Chicago, IL 60636-2524
15137980     +Sheppard Group C/O,    Mulherin, Rehfeldt, & Varchet,    211 S. Wheaton, S#200,
               Wheaton, IL 60187-5251
15137981     +TCF Bank C/O Heller & Frisone,    33 N. LaSalle St., Suite 1200,    Chicago, IL 60602-2866
15137983     +USA Mobility Wireless,    3000 Technology Drive,    Plano, TX 75074-7489
15137982     +Universal Technical IN,    Attn: Bankruptcy Dept.,    20410 N. 19th Ave., Suite 200,
               Phoenix, AZ 85027-3598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15137946     +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35      Com Ed C/O,    Allied Interstate,
               3200 Northline Ave., Suite 160,    Greensboro, NC 27408-7613
15137957     +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35      Com Ed C/O,
               Harvard Collection Service,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
15821637     +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35      Commonwealth Edison Company,
               3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15137959     +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2011 01:30:23      GEMB/JC Penny,    Attn: Bankruptcy,
               P.O. Box 103106,    Roswell, GA 30076-9106
15137968     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 09 2011 01:30:32      Kohls,    Attn: Bankruptcy Dept.,
               N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1           User: bchavez               Page 2 of 3                  Date Rcvd: Jul 08, 2011
                               Form ID: pdf006             Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16639112       +E-mail/Text: ebn@vativrecovery.com Jul 08 2011 23:14:32      Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC,   As Agent For Palisades Collections, LLC,   PO Box 19249,
                 Sugar Land TX 77496-9249
15137976       +E-mail/PDF: pa_dc_claims@salliemae.com Jul 09 2011 01:35:30      Sallie Mae,   P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15147731*      +ADT Security Systems,    P.O. Box 1197,   Westerville, OH 43086-1197
15147734*      +AT& T C/O Collection Company Of America,    P.O. Box 806,   Norwell, MA 02061-0806
15147732*      +Allstate,   P.O. Box 660642,   Dallas, TX 75266-0642
15147733*      +Arrow Financial Services C/O,    Portfolio Recovery & Affiliates,   120 Corporate Blvd., Suite 100,
                 Norfolk, VA 23502-4962
15147735*      +At&T Wireless C/O,    Palisades Collection,   210 Sylvan Ave.,   Englewood, NJ 07632-2524
15147737*      +At&T Wireless C/O,    Blatt, Hasenmiller, Leibsker & Moore LLC,   125 S. Wacker Drive, Suite 400,
                 Chicago, IL 60606-4440
15147736*       At&T Wireless C/O,    Wolpoff & Abramson, LLP,   Two Irvington Centre, 702 King Farm Blvd,
                 Rockville, MD  20850-5775
15147738*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: C/O TSYS Debt Managment,   P.O. Box 5155,
                 Norcross, GA  30091)
15147739*      +Capital One C/O,   Blatt, Hasenmiller, Lei Bsker & Moore,    P.O. Box 5463,
                 Chicago, IL 60680-5463
15147730*      +Com Ed C/O,   Allied Interstate,    3200 Northline Ave., Suite 160,   Greensboro, NC 27408-7613
15147741*      +Com Ed C/O,   Harvard Collection Service,    4839 N. Elston Ave.,   Chicago, IL 60630-2589
15147740*      +Com Ed C/O,   Contract Callers,    1058 Claussen Road, Suite 110,   Augusta, GA 30907-0301
15147742*       Derrick Jones,   3460 Markham Drive,    Markham, IL  60426
15147743*      +GEMB/JC Penny,   Attn: Bankruptcy,    P.O. Box 103106,   Roswell, GA 30076-9106
15147744*      +H&R Block Fee Center,   P.O. Box 2716,    Attn: Sonya,   Omaha, NE 68103-2716
15147745*      +Household/Orchard Bank C/O,    Portfolio Recovery Associates,   120 Corporate Blvd. Suite 1,
                 Norfolk, VA 23502-4962
15147746*      +Illinois Department Of Healthcare,    Attn: Bankruptcy Department,   509 S. 6th St.,
                 Springfield, IL 62701-1825
15147747*       Illinois State Toll Highway Authority,    Violations Processing Center,
                 135 S. LaSalle, Dept. 8021,    Chicago, IL  60674-8021
15147748*      +Jean Georgopoulos c/o,    Maria A. Georgopoulos,   1100 Jorie Blvd., S#270,
                 Oak Brook, IL 60523-4429
15147749*      +Jeffrey C. Reed,    6618 S. Whipple St.,   Chicago, IL 60629-2916
15147750*      +Jewel C/O,   Harvard Collection,    4839 N. Elston Ave.,   Chicago, IL 60630-2589
15147751*      +John and Frank Pigatto,    106 W. Calendar Ct., #92,   LaGrange, IL 60525-2325
15147752*      +Kohls,   Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
15147753*      +Kohls C/O NCO Financial Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2308
15147754*       Larry Or Harry G. Williams,    3460 Markham Dr.,   Markham, IL  60426
15147729*      +Law Office of James J Siwek,    11952 S Harlem Ave Suite 200D,   Palos Heights, IL 60463-1490
15147755*      +Matco Tools C/O,    Amerircollect Inc.,   1851 S. Alverno Road,   Manitowoc, WI 54220-9208
15147756*      +Mystic Stamp Company,    9700 Mill St.,   Camden, NY 13316-9111
15147757*      +Palisades Collect C/O,    Blatt Hasenmiller FL,   125 S. Wacker Dr., S#400,
                 Chicago, IL 60606-4440
15147758*      +Public Storage C/O,   Allied Interstate,    3000 Corporate Exhange Dr.,   Columbus, OH 43231-7684
15147759*      +Receivable Management,    3348 Ridge Road,   Lansing, IL 60438-3112
15147761*      +SBC C/O Allied Interstate,    3000 Corporate Exc.,   Columbus, OH 43231-7684
15147762*      +SBC C/O NCO Financial Systems,    507 Prudential Road,   Horsham, PA 19044-2368
15147728*      +STACK ALLAN B,    7140 W 99th St,   Apt 2W,   Chicago Ridge, IL 60415-1164
15147760*      +Sallie Mae,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
15147763*      +Shaminka Moody Reed,    6735 S. Bell,   Chicago, IL 60636-2524
15147764*      +Sheppard Group C/O,   Mulherin, Rehfeldt, & Varchet,    211 S. Wheaton, S#200,
                 Wheaton, IL 60187-5251
15147765*      +TCF Bank C/O Heller & Frisone,    33 N. LaSalle St., Suite 1200,   Chicago, IL 60602-2866
15147767*      +USA Mobility Wireless,    3000 Technology Drive,   Plano, TX 75074-7489
15147766*      +Universal Technical IN,    Attn: Bankruptcy Dept.,   20410 N. 19th Ave., Suite 200,
                 Phoenix, AZ 85027-3598
                                                                                              TOTALS: 0, * 40, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Jul 08, 2011
                              Form ID: pdf006            Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**                               **Signature:**  /s/ Joseph Speetjens