# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STACK, ALLAN B.                              §   Case No. 10-06954
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                        Assets Exempt:  $2,525.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: $60,121.44

Total Expenses of Administration: $8,558.88

3) Total gross receipts of $     8,558.88    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00      (see **Exhibit 2**), yielded net receipts of $8,558.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,480.35 | 9,480.35 | 8,558.88 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 4,600.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 59,697.35 | 22,838.09 | 22,838.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $64,297.35 | $32,318.44 | $32,318.44 | $8,558.88 |

4)  This case was originally filed under Chapter 7 on February 22, 2010. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/16/2011_____   By: _/s/GLENN R. HEYMAN_____
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful termination lawsuit | 1249-000 | 8,558.66 |
| Interest Income | 1270-000 | 0.22 |
| **TOTAL GROSS RECEIPTS** | | **$8,558.88** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,605.88 | 1,605.88 | 1,262.28 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,619.00 | 2,619.00 | 2,058.63 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 81.80 | 81.80 | 64.30 |
| Ed Fox & Associates | 3210-600 | N/A | 3,146.00 | 3,146.00 | 3,146.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Ed Fox & Associates | 3220-610 | N/A | 2,023.78 | 2,023.78 | 2,023.78 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.89 | 3.89 | 3.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.49 | 6.49 | 6.49 |
| The Bank of New York Mellon | 2600-000 | N/A | -6.49 | -6.49 | -6.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,480.35 | 9,480.35 | 8,558.88 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois State Toll Highway Authority | 5800-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Management | 5800-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Management | 5800-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Healthcare | 5100-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 4,600.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 1,776.00 | 1,776.28 | 1,776.28 | 0.00 |
| 2 | PRA Receivables Mgmnt, LLC agent of Portfolio Recovery | 7100-000 | 1,726.50 | 1,420.91 | 1,420.91 | 0.00 |
| 3 | PRA Receivables Mgmnt, agent of Portfolio Recovery | 7100-000 | 194.94 | 177.48 | 177.48 | 0.00 |
| 4 | SALLIE MAE C/O SALLIE MAE, Inc. | 7100-000 | 17,051.00 | 17,362.93 | 17,362.93 | 0.00 |
| 5 | Chase Bank USA,N.A | 7100-000 | 244.00 | 244.66 | 244.66 | 0.00 |
| 6 | Palisades Collections, LLC | 7100-000 | 1,421.56 | 1,855.83 | 1,855.83 | 0.00 |
| NOTFILED | Larry of Harry G. Williams | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | John and Frank Pigatto | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Matco Tools c/o Americollect, Inc. | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey C. Reed | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jean Georgopoulos | 7100-000 | 1,905.00 | N/A | N/A | 0.00 |
| NOTFILED | Mystic Stamp Company | 7100-000 | 85.20 | N/A | N/A | 0.00 |
| NOTFILED | Jewel c/o Harvard Collection | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Sheppard Group c/o Mulherin Rehfeldt & Varchet | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Public Storage c/o Allied Interstate | 7100-000 | 254.40 | N/A | N/A | 0.00 |
| NOTFILED | Universal Technical IN | 7100-000 | 1,834.00 | N/A | N/A | 0.00 |
| NOTFILED | USA Mobility Wireless | 7100-000 | 84.71 | N/A | N/A | 0.00 |
| NOTFILED | TCF Bank c/o Heller & Frisone | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | H&R Block Fee Center | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | SBC c/o NCO Financial Systems | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED | Shaminka Moody Reed | 7100-000 | 7,413.34 | N/A | N/A | 0.00 |
| NOTFILED | SBC c/o Allied Interstate | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED | Derrick Jones | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Systems | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T c/o Collection Co. of America | 7100-000 | 93.06 | N/A | N/A | 0.00 |
| NOTFILED | Allstate | 7100-000 | 126.34 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Wireless c/oPalisades Collection | 7100-000 | 1,421.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Wireless c/oWolpoff&Abramson, LLP | 7100-000 | 1,421.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Blatt Hasenmiller etal | 7100-000 | 4,288.99 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 172.42 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Blatt Hasenmiller etal | 7100-000 | 3,999.64 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,299.00 | N/A | N/A | 0.00 |
| NOTFILED | BMG | 7100-000 | 67.25 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Wireless c/oBlatt Hasenmiller etal | 7100-000 | 1,421.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,469.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JC Penney | 7100-000 | 177.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 59,697.35 | 22,838.09 | 22,838.09 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-06954

**Case Name:** STACK, ALLAN B.

**Period Ending:** 09/16/11

**Trustee:** (330360)    GLENN R. HEYMAN

**Filed (f) or Converted (c):** 02/22/10 (f)

**§341(a) Meeting Date:** 04/05/10

**Claims Bar Date:** 02/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Microwave, toaster, coffeemaker, dishes, silverw | 825.00 | 0.00 | | 0.00 | FA |
| 2 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 3 | 1978 Chvy Grumman Van, 300,000 miles | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 1995 Dodge Ram, 100,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wrongful termination lawsuit  (u) | Unknown | Unknown | | 8,558.66 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.22 | FA |
| 6 | Assets        Totals (Excluding unknown values) | $2,525.00 | $0.00 | | $8,558.88 | $0.00 |

**Major Activities Affecting Case Closing:**

05/2011: Prepare TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    May 23, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-06954 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** STACK, ALLAN B. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******16-65 - Money Market Account |
| **Taxpayer ID #:** **-***1830 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/16/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/15/10 | {5} | Merlin  200,000 Mile Shops | Judgment from wrongful termination suit | 1249-000 | 8,558.66 | | 8,558.66 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 8,558.69 |
| 12/10/10 | 1001 | Ed Fox & Associates | Payment of special counsel fees | 3210-600 | | 3,146.00 | 5,412.69 |
| 12/10/10 | 1002 | Ed Fox & Associates | Payment of special counsel expenses | 3220-610 | | 2,023.78 | 3,388.91 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 3,388.95 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,388.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,388.99 |
| 02/28/11 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-06954  Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 3.89 | 3,385.10 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,385.12 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,385.14 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,385.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,385.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,385.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.49 | 3,378.71 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.49 | 3,385.20 |
| 08/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 3,385.21 |
| 08/15/11 | | To Account #9200******1666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 3,385.21 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 8,558.88 | 8,558.88 | $0.00 |
| | Less: Bank Transfers | 0.00 | 3,385.21 | |
| | Subtotal | 8,558.88 | 5,173.67 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $8,558.88 | $5,173.67 | |

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 09/16/2011 08:53 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-06954

**Case Name:** STACK, ALLAN B.

**Taxpayer ID #:** **-***1830

**Period Ending:** 09/16/11

**Trustee:** GLENN R. HEYMAN (330360)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******16-66 - Checking Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/11 |  | From Account #9200******1665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 3,385.21 |  | 3,385.21 |
| 08/15/11 | 101 | GLENN R. HEYMAN | Dividend paid  78.60% on $1,605.88, Trustee Compensation;  Reference: | 2100-000 |  | 1,262.28 | 2,122.93 |
| 08/15/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  78.60% on $2,619.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 2,058.63 | 64.30 |
| 08/15/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  78.60% on $81.80, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 |  | 64.30 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 3,385.21 | 3,385.21 | $0.00 |
| Less: Bank Transfers | 3,385.21 | 0.00 |
| **Subtotal** | 0.00 | 3,385.21 |
| Less: Payments to Debtors |  | 0.00 |
| **NET Receipts / Disbursements** | $0.00 | $3,385.21 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******16-65** | 8,558.88 | 5,173.67 | 0.00 |
| **Checking # 9200-******16-66** | 0.00 | 3,385.21 | 0.00 |
|  | $8,558.88 | $8,558.88 | $0.00 |

{} Asset reference(s)